EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crimes

LORETTA SHEEHAN #4160
J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2005

at __ o'clock and __ min. __ M
WALTER A Y H CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00077 DAE |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §§ 922(g)(1); 922(g)(3)] |
| GAVIN A.H. KALAI, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 8, 2005, in the District of Hawaii, defendant, GAVIN A.H. KALAI, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Glock Model 25 .45 caliber semi-automatic


SCANNED

pistol, bearing serial number WF 909 US and .45 caliber Winchester Western cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

COUNT 2

The Grand Jury further charges:

On or about February 8, 2005, in the District of Hawaii, defendant, GAVIN A.H. KALAI, being an unlawful user of a controlled substance, as defined in Title 21, U.S.C. Section 802, knowingly possessed in and affecting commerce, a firearm and ammunition, to wit, a Glock Model 25 .45 caliber semi-automatic pistol, bearing serial number WF 909 US and .45 caliber Winchester Western cartridges.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: February 23, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ for
RONALD G. JOHNSON
Chief, Violent Crime Section

/s/
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. GAVIN A.H. KALAI
Cr. No.
"Indictment"