ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
GAVIN A.H. KALAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2005

at ___ o'clock and ___ min. ____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>   vs.                        )<br>                              )<br> GAVIN A.H. KALAI,            )<br>                              )<br>            Defendant.        )<br> _____)  | CR. NO. 05-00077 DAE<br><br>DEFENDANT'S RESPONSE TO<br>DRAFT PRESENTENCE REPORT;<br>CERTIFICATE OF SERVICE<br><br>Sentence Date: February 13, 2006<br>Sentence Time: 2:15 p.m. |

### DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant GAVIN A.H. KALAI, by and through counsel, Shanlyn

A.S. Park, Assistant Federal Defender, respectfully states that he has no objections

to the Draft Presentence Report prepared on December 12, 2005.

    DATED: Honolulu, Hawaii, December 23, 2005.

                                              /s/ Shanlyn A.S. Park
                                              SHANLYN A.S. PARK
                                              Attorney for Defendant
                                              GAVIN A.H. KALAI

## CERTIFICATE OF SERVICE

I, MARI S. WONG, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 23, 2005:

>LORETTA SHEEHAN
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii   96813
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>ROY T. KAWAMOTO
>Senior U.S. Probation Officer
>U.S. Courthouse
>300 Ala Moana Boulevard, Room C-126
>Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, December 23, 2005.

_____
MARI S. WONG
Legal Secretary to
SHANLYN A.S. PARK
Attorney for Defendant
GAVIN A.H. KALAI