PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
GAVIN A.H. KALAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00077 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING DATE |
| vs. ) | |
| ) | |
| GAVIN A.H. KALAI, ) | New Date:   July 21, 2006 |
| ) | New Time:   1:30 p.m. |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

       IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant GAVIN A.H. KALAI's sentencing presently set for

February 13, 2006, at 2:15 p.m. be and is hereby continued to July 21, 2006, at 1:30 p.m. before Judge David A. Ezra.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, February 14, 2006.

        /s/ Shanlyn A.S. Park
        SHANLYN A.S. PARK
        Attorney for Defendant
        GAVIN A.H. KALAI

        /s/ Loretta A. Sheehan
        LORETTA A. SHEEHAN
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, February 14, 2006.



        _____
        David Alan Ezra
        United States District Judge

**UNITED STATES v. GAVIN A.H. KALAI**
**CR. NO. 05-00077 DAE**
**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**