PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
GAVIN A.H. KALAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00077 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO ALLOW |
| | ) | DEFENDANT TO ATTEND THE |
| vs. | ) | FUNERAL SERVICES OF HIS |
| | ) | GRANDMOTHER; DECLARATION |
| GAVIN A.H. KALAI, | ) | OF COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

**MOTION TO ALLOW DEFENDANT
TO ATTEND THE FUNERAL SERVICES OF HIS GRANDMOTHER**

COMES NOW the defendant, Gavin A. H. Kalai, through counsel, Shanlyn A. S. Park, Assistant Federal Public Defender, and moves this Honorable

Court to allow Mr. Kalai to attend a private viewing of his late grandmother, Lily Lani Montaldo.

This motion is based upon the attached declaration of counsel.

DATED: Honolulu, Hawaii, March 9, 2006.

        /s/ Shanlyn A.S. Park
SHANLYN A. S. PARK
Attorney for Defendant
GAVIN A. H. KALAI

## CERTIFICATE OF SERVICE

SHANLYN A. S. PARK, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on March 9, 2006:

Served Electronically through CM/ECF:

LORETTA A. SHEEHAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
GAVIN A. H. KALAI