# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00077DAE |
| CASE NAME: | USA v. Gavin A.H. Kalai |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/14/06 | TIME: | 2:43 - 2:47 |

COURT ACTION:  EP: Motion to Allow Defendant to Attend the Funeral Services of His Grandmother - deft present in custody.  Defendant may be released to the custody of the Federal Public Defender's Investigator on 3-17-06 @ 2 p.m. from the Federal Detention Center and returned to the U.S. Marshal's Office by 4 p.m. the same day. Park to prepare order.

Shanlyn Park's Oral Motion to Withdraw as Counsel GRANTED.  CJA counsel to be appointed.  Park to prepare order.

Deft remanded to custody of marshal.

EO: Jeffrey Arakaki appointed as CJA counsel.

Submitted by Richlyn Young, courtroom manager