PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
GAVIN A. H. KALAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00077 DAE |
| | ) |
| Plaintiff, | ) ORDER ALLOWING THE |
| | ) TEMPORARY RELEASE OF THE |
| vs. | ) DEFENDANT FROM CUSTODY |
| | ) TO ATTEND THE FUNERAL |
| GAVIN A. H. KALAI, | ) SERVICES OF HIS |
| | ) GRANDMOTHER |
| Defendant. | ) |
| | ) |

**ORDER ALLOWING THE TEMPORARY RELEASE
OF THE DEFENDANT FROM CUSTODY TO ATTEND
THE FUNERAL SERVICES OF HIS GRANDMOTHER**

On March 14, 2006, a hearing was held before this Court on counsel

Shanlyn A.S. Park's motion to allow the defendant, GAVIN A.H. KALAI, to

attend the funeral services of his grandmother.  The Court having considered the arguments raised by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT Defendant's motion to allow the defendant to attend the funeral services of his grandmother is granted.  The Court orders that on March 17, 2006, at 2:00 p.m., the Defendant be released from custody to attend a private viewing of his grandmother at Affordable Casket Company located at 1150 Kikowaena Street.  During the period of limited release, Mr. Kalai will be escorted to and from the private viewing and visitation by an investigator with the Office of the Federal Public Defender.  At the conclusion of the private visitation, the Defendant will be returned to the custody of the United States Marshals Service no later than 4:00 p.m. on March 17, 2006.

IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  March 16, 2006

APPROVED AS TO FORM ONLY:


 /s/ Loretta A. Sheehan
LORETTA A. SHEEHAN
Assistant United States Attorney



UNITED STATES v. GAVIN A. H. KALAI
CR. NO. 05-00077 DAE
ORDER ALLOWING THE TEMPORARY RELEASE OF THE DEFENDANT FROM CUSTODY TO ATTEND THE FUNERAL SERVICES OF HIS GRANDMOTHER