PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
GAVIN A. H. KALAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00077 DAE |
| | ) |
| Plaintiff, | ) ORDER GRANTING MOTION |
| | ) FOR WITHDRAWAL AND |
| vs. | ) SUBSTITUTION OF COUNSEL |
| | ) |
| GAVIN A. H. KALAI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On March 14, 2006, a hearing was held before this Court on counsel

Shanlyn A.S. Park's oral motion for withdrawal and substitution of counsel.  The

Court having considered the arguments raised by counsel and the government having no objection to the instant motion,

    IT IS HEREBY ORDERED THAT Defendant's oral motion for withdrawal and substitution of counsel be and is hereby granted and that Jeffrey T. Arakaki, Esq. is appointed in the instant matter for all proceedings hereafter.

    IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 16, 2006


APPROVED AS TO FORM ONLY:

 /s/ Loretta A. Sheehan
LORETTA A. SHEEHAN
Assistant United States Attorney


UNITED STATES v. GAVIN A. H. KALAI
CR. NO. 05-00077 DAE
ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL