EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON, #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00077 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| GAVIN KALAI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND ORDER CONTINUING SENTENCING

      The United States of America, through Assistant U.S. Attorney Loretta Sheehan, stipulates with the defendant, Gavin Kalai, through counsel Jeffrey Arakaki, to continue sentencing in the above-listed matter from

July 21, 2006 at 1:30 p.m. to February 5, 2007 at 1:30 p.m.

       DATED:   __July 25__, 2006, at Honolulu, Hawaii.


 _/s/ Loretta Sheehan_             _/s/ Jeffrey Arakaki_
LORETTA SHEEHAN              JEFFREY ARAKAKI,
Assistant U.S. Attorney      Attorney for Defendant


APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, July 31, 2006.



_____
David Alan Ezra
United States District Judge


LSheehan\stipulat\kalaistipulationtocontinuesentencing