5412958 Case 1:05-cr-00077-DAE   Document 50-2   Filed 05/03/2007   Page 1 of 1
US ATTORNEYS OFFIC                                    10:02:51 a.m.   05-01-2007   1/1
APR-30-2007 MON 11:06 AM PROSECUTING ATTORNEY    FAX NO. 808 527 6552        P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400

PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

April 30, 2007

Lorette Sheehan,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

      RE:   State of Hawaii v. Gavin Kalai
                Criminal Nos. 03-1-0953 and 03-1-2083

Dear Ms. Sheehan:

    I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person commencing on May 23, 2007 (or on a mutually agreed upon date coordinated with the U. S. Marshal Service, District of Hawaii). The individual will be returned back to the custody of the U. S. Marshal Service, District of Hawaii, upon final disposition of the above-mentioned case.

    Please sign below if you agree to this request and FAX a copy of this letter to Rene Lee, FAX no. 550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7447 or Rene Lee at 547-7473.

                                         Very truly yours,

                                         William Li
                                         William Li
                                         Deputy Prosecuting Attorney

APPROVED:

_Loretta Sheehan_
Loretta Sheehan
Assistant United States Attorney

**EXHIBIT "A"**