PETER B. CARLISLE  2209
Prosecuting Attorney
WILLIAM LI         7941
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     547-7447
FAX:  547-7513
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 MAY -2  PM 2: 26

J. WONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE GAVIN A. H. KALAI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | S. P. NO. ___07-1-0161___<br>(Cr. Nos. 03-1-0953 and 03-1-2083)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE KARL K. SAKAMOTO, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through William Li, Deputy Prosecuting

Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.    That GAVIN A. H. KALAI, has two cases in the Circuit Court of the First Circuit,

Honolulu, Hawaii, Criminal Nos. 03-1-0953 and 03-1-2083;

2.    That on June 22, 2005,  Motion for Revocation of Probation and Resentencing were

filed in the Circuit Court of the First Circuit in Criminal Nos. 03-1-0953 and 03-1-2083, and

subsequently, Bench Warrants were issued for the arrest of Defendant;

# EXHIBIT "B"

3.      That said Defendant is now imprisoned as a federal prisoner under the custody of the

UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention

Center, Honolulu, Hawaii, and

4.      That in order to procure Defendant's presence in the Circuit Court of the First Circuit,

it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660,

Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of

Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the

body of GAVIN A. H. KALAI to State of Hawaii Officials on May 23, 2007, and at any time or

times deemed necessary until the conclusion of Criminal Nos. 03-1-0953 and 03-1-2083; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.      execute the bench warrants issued in Criminal Nos. 03-1-0953 and 03-1-2083;

2.      bring the said Defendant before the Presiding Judge of the Circuit Court of the First

Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 03-1-0953 and

03-1-2083;

3.      retain custody of the Defendant and he/she shall be confined with the Department of

Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

4.    return the said Defendant to the custody of the UNITED STATES MARSHAL,

District of Hawaii, upon conclusion of Criminal Nos. 03-1-0953 and 03-1-2083 on a mutually agreed

upon date.

Dated at Honolulu, Hawaii:  April 30, 2007.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
WILLIAM LI
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of

this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed

for in the foregoing Application.

Dated at Honolulu, Hawaii:  _____MAY 0 2 2007_____.

_____
KARL K. SAKAMOTO
Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of GAVIN A. H. KALAI, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on May 23, 2007, and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.    execute the bench warrants issued in Criminal Nos. 03-1-0953 and 03-1-2083;

2.    bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 03-1-0953 and 03-1-2083;

3.    retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

4.    return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, upon conclusion of Criminal Nos. 03-1-0953 and 03-1-2083 on a mutually agreed upon date.

Upon completion of the above and conclusion of Criminal Nos. 03-1-0953 and 03-1-2083, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable KARL K. SAKAMOTO, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this _____ day of

_____MAY 0 2 2007_____.

_A. Kato_
Clerk, Circuit Court, First Circuit
State of Hawaii

_Karl K. Sakamoto_
Judge of the Circuit Court
First Circuit, State of Hawaii